JOSEPH D. SYLVESTER, Respondent, *v.* R. H. MACY & Co., INC., Appellant, et al., Defendants.

Argued June 15, 1943; decided July 20, 1943.

554

*Samuel E. Swiggett* for appellant.
*Abraham M. Fisch* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. LEHMAN, Ch. J., and THACHER, J., dissent and vote for a new trial on the ground that the instructions concerning the implied authority of a sales-girl to warrant an article, which she has authority to sell, were erroneous.